COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ARIEL MARTINEZ, | § | No. 08-12-00191-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20110D00036) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's motion for extension of time to file the brief until **June 4, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellants' Attorney, prepare the Appellants' brief and forward the same to this Court on or before **June 4, 2013.**

IT IS SO ORDERED this 7th day of May, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.